IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>     **Plaintiff**<br><br>     v.<br><br>**[1] CARLOS SERRANO-GONZALEZ,**<br>     **Defendant.** | **Criminal No. 07-324 (ADC)** |

### ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Marcos E. López on February 19, 2008. (**Docket No. 76**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Carlos Serrano-González** be adjudged guilty of the offenses charged in Count One (21 U.S.C. § 841(a)(1) and 841(b)(1)(b)(A)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count One of the indictment in the above-captioned case.

**The sentencing hearing is set for May 1, 2008 at 2:00 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 4th day of March, 2007.

                                                           S/**AIDA M. DELGADO-COLON**
                                                           **United States District Judge**